UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KAZI A. SAYEED, | ) | No. CV 09-00921-MMM (PLA) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Plaintiff's request for remand is granted.
3. The decision of the Commissioner is reversed.
4. This action is remanded to defendant for further proceedings.
5. Judgment shall be entered consistent with this order.

/

/

6. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 30, 2010

*Margaret M. Morrow*

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

6. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 30, 2010

*Margaret M. Morrow*

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE